## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**PAUL MICHAEL WEEKS**                                                    **PLAINTIFF**
ADC #156938

**v.**                              **CASE NO. 2:24-CV-00089-BSM**

**THOMAS W. HURST,** *et al.*                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE